# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SPENCER ADAM PARR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-229

[January 27, 2021]

Appeal from the Circuit Court for the 19th Judicial Circuit in and for St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562019CF000674A.

Carey Haughwout, Public Defender, and Christine C. Geraghty, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm the judgment of conviction and sentence without prejudice for appellant to challenge the voluntariness of his plea pursuant to Florida Rule of Criminal Procedure 3.850.

*Affirmed.*

LEVINE, C.J., GROSS and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***